# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **THL Holding Company, LLC,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:23-cv-00548-DAE** |
| | § | |
| **Apple Inc.,** | § | |
| *Defendant* | § | |

### PRELIMINARY CLAIM CONSTRUCTION

The Court provides the following preliminary construction of briefed disputed terms in advance of the *Markman* hearing set for **10 a.m. Wednesday, February 25, 2026**.

The purpose of preliminary construction is to streamline the hearing by providing the parties an indication of the Court's current position for the disputed terms in claim 1 of Patent No. 8,768,381, "a graphical user interface that generates a pairing signal." The preliminary construction is not final and may be changed based on the arguments at the hearing.

| Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|
| "a pairing signal" | "a signal to initiate a wireless device pairing sequence" | "a signal sent between devices to initiate a pairing sequence" | Plaintiff's proposed construction |
| "generates" | plain and ordinary meaning | "originates or produces the [pairing] signal | Plain and ordinary meaning |

The Court **ORDERS** the parties to submit any slides they wish to use at the *Markman* hearing to Courtroom Deputy Kyra Kelley at Kyra_Fink@txwd.uscourts.gov, copying opposing counsel, **by 5 p.m. today, Tuesday, February 24, 2026**.

**SIGNED** on February 24, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1